# 865

## FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/93

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>O'Malley, Kathleen M. | 2. Court or Organization<br><br>United States District Court,<br>Northern District of Ohio | 3. Date of Report<br><br>Sept. 20, 1994 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>District Court Judge, Active | 5. Report Type (check appropriate type)<br>__X__ Nomination, Date Sept. 20, 1994<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>Jan. 1., 1993 -<br>Sept. 20, 1994 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>201 Superior Avenue, N.E.<br>Cleveland, Ohio 44114 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ____<br><br>Reviewing Officer Signature _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

### I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Chief Counsel | Ohio Attorney General (April 1991 - March 1993) |
| Chief of Staff | Ohio Attorney General (March 1993 - Present) |
| Board Member | Ohio Legal Assistance Foundation (Jan. 1994 - Present) |

### II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements) | |

At termination of my current employment (upon confirmation to the Court), participation

in the Public Employees Retirement System of Ohio will also be terminated.

### III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | 1993 Salary - Ohio Attorney General | $ 72,526.00 |
| 2 | 1994 Salary to date - Ohio Attorney General | $ 69,003.39 |
| 3 | 1993 spouse salary - Vorys, Sater, Seymour & Pease (Law Firm) (S) | $ |
| 4 | 1994 spouse salary to date - Vorys, Sater, Seymour & Pease (Law Firm) (S) | $ |
| 5 | Capital Gain on 1991 sale of residence (realized 10/93) (J) | $ 2,883.00 |

Digitized by Google

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Malley, Kathleen M. | Sept. 20, 1994 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 Exempt | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 Exempt | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| 1 Society National Bank | (J) Signature Loan - unsecured | L |
| 2 Society National Bank | (J) Master Card | K |
| 3 Maryland Bank, N.A. | (J) Master Card | J |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Malley, Kathleen M. | Sept. 20, 1994 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(J)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Ohio Public Employees Retirement System | A | None | K | T | Exempt | | | | |
| 2 Vorys, Sater, 401(k) Seymour & Pease | A | None | D | T | Exempt | | | | |
| 3 Vorys, Sater, Seymour & Pease Retirement Plan | A | None | D | T | Exempt | | | | |
| 4 (Profit Sharing Component) | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000

2 Value Codes: (See Col. C1 & D3) J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000

3 Value Method Codes: (See Col. C2) Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
U=Book Value    V=Other    W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Malley, Kathleen M. | Sept. 20, 1994 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

### PART III    NON-INVESTMENT INCOME

| | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 6. | IRA Distribution - 1993 | $7,500.00 |
| 7. | 401(k) Distribution - 1994 (S) | |
| 8. | Ohio State Tax Refund (J) | 5,001.00 |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Kathleen M. O'Malley_                    Date _9/20/94_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544.

Digitized by Google